NUMBERS 13-05-594-CR

 13-05-595-CR

 13-05-596-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

__________________________________________________________________

 

DANIEL
GARZA,                                                      Appellant,

 

                                           v.

 

THE
STATE OF TEXAS,                                              Appellee.

__________________________________________________________________

 

                  On appeal from the 214th
District Court 

                           of Nueces
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

               Before Justices
Rodriguez, Castillo, and Garza

                       Memorandum Opinion Per
Curiam

 








Appellant, DANIEL
GARZA, attempted to perfect appeals from judgments entered by the 214th District Court of Nueces County, Texas.  The sentences in these causes were imposed on
August 26, 1999. The notices of appeal were due to be filed on September 27, 1999, but were not filed until November
12, 2005.   Said notices of appeal
are untimely filed.  

Tex. R. App. P. 26.3
provides that the court of appeals may grant an extension of time for filing
notice of appeal if such notice is filed within  fifteen days of the last day allowed and
within the same period a motion is filed in the court of appeals reasonably
explaining the need for such extension. 
Appellant failed to file his notices of appeal and  motions requesting an extension of time within
such period. 

The Court, having
considered the documents on file and appellant's failure to timely perfect his
appeals, is of the opinion that the appeals should be dismissed for want of
jurisdiction.  The appeals are hereby
DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

 

Memorandum Opinion delivered and filed this

the 8th day of December, 2005.